# Exhibit 4

## U.S. Patent No. 10,757,527 vs. Walmart

**Accused Instrumentalities**

Electronic devices including the S10, S10 5G, S10 Lite, S10e, S20, S20 5G, S20 FE, S20 FE 5G, S20 Ultra, S20 Ultra 5G, S20+, S21, S21 5G, S21 FE, S21 FE 5G, S21 Ultra, S21 Ultra 5G, S21+, S21+ 5G, S22, S22 Ultra, S22 5G, S22+, S22+ 5G, S23, S23+, S23 5G, S23 Ultra, S24, S24 Ultra, S24+, S25, S25 Ultra, S25+, Note 10, Note 10+, Note 10+ 5G, Note 20, Note 20 Ultra 5G, A52, A52 5G, A53 5G, A54 5G, A55 5G, Z Flip 3, Z Flip 4, Z Flip 5, Z Flip 6, Z Fold 2, Z Fold 3, Z Fold 4, Z Fold 5, and Z Fold 6 models alone or in combination with audio accessories including Galaxy Buds3 Pro, Buds3, Buds2, Buds2 Pro, Buds Pro, Buds3 FE, and Buds Live.

**Claim 21**

| Claim 21 | Accused Instrumentalities |
|---|---|
| [21.0] A method for enhancing an input audio signal for a left speaker and a right speaker, comprising, by a processing circuitry: | To the extent the preamble is limiting, each Accused Instrumentality performs a method for enhancing an input audio signal for a left speaker and a right speaker by a processing circuitry. *See* claim limitations below. *See also, e.g.*: |

1

| Claim 21 | Accused Instrumentalities |
|---|---|
| | https://www.samsung.com/us/smartphones/galaxy-s25/ |
| [21.1] determine asymmetries between the left speaker and the right speaker in frequency response, time alignment, and signal level for a listening position; and | Each Accused Instrumentality performs a method for enhancing an input audio signal for a left speaker and a right speaker, comprising, by a processing circuitry: determine asymmetries between the left speaker and the right speaker in frequency response, time alignment, and signal level for a listening position.

For example, the Galaxy S25 has asymmetric stereo speakers. In landscape mode (rotated counterclockwise), the left (top) speaker is oriented directly towards the user, while the right (bottom) speaker is oriented at right angles to the user's expected listening position (*e.g.*, holding |

2

| Claim 21 | Accused Instrumentalities |
|---|---|
|  | the phone, with the screen facing the user). The right (bottom) speaker will thus have an off-axis frequency response, an increased time delay, and a reduced power output for the user's expected listening position. The Galaxy S25 determines these asymmetries in order to perform specific asymmetric corrections, as described in connection with limitation [21.2]. <br><br> *See, e.g.*, https://www.youtube.com/watch?v=YHZEj4GU5do (describing the location of the top / forward-facing speaker, as well as the location of the top speaker): |

| Claim 21 | Accused Instrumentalities |
|---|---|
| |  |



5

| Claim 21 | Accused Instrumentalities |
|---|---|
| | As another example, the Galaxy S25 supports 360 Audio. The Galaxy S25 determines asymmetries between the left speaker and right speaker in frequency response, time alignment, and signal level for a user's listening position in order to perform specific asymmetric corrections, as described in connection with limitation 21.2. |
| [21.2] generating a left output channel for the left speaker and a right output channel for the right speaker by at least one of:<br><br>applying an N-band equalization to the input audio signal to adjust for the asymmetry in the frequency response;<br><br>applying a delay to the input audio signal to adjust for the asymmetry in the time alignment; or<br><br>applying a gain to the input audio signal to adjust for the asymmetry in the signal level. | Each Accused Instrumentality performs a method for enhancing an input audio signal for a left speaker and a right speaker, comprising, by a processing circuitry: generating a left output channel for the left speaker and a right output channel for the right speaker by at least one of: applying an N-band equalization to the input audio signal to adjust for the asymmetry in the frequency response; applying a delay to the input audio signal to adjust for the asymmetry in the time alignment; or applying a gain to the input audio signal to adjust for the asymmetry in the signal level.<br><br>For example, the Galaxy S25 applies all of the three claimed corrections. It applies N-band equalizations to the left and right channels, reflecting the asymmetric properties and alignment of the left and right speakers, for example addressing different resonant frequencies in each driver via N-band equalization between approximately 2kHz - 5kHz. It also applies a short delay to the left (top) channel to correct for the slightly longer path length from the right (bottom) channel to the expected listening position. Finally, it applies gain to the input signals, resulting in substantially equal overall perceived volume at the intended listening position. |